IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SOLUTIONS IN HOMETOWN CONNECTIONS *et al.*, | ) ) ) ) |
| Plaintiffs, | ) ) Civil Action No. 8:25-cv-00885-LKG |
| v. | ) ) Dated: March 21, 2025 |
| KRISTI NOEM *et al.*, | ) ) ) |
| Defendants. | ) |

## ORDER

The parties shall participate in a telephonic status conference on **Monday, March 24, 2025, at 3:00 p.m. Eastern Time**.

The telephonic status conference will be held *via* WebEx Teleconferencing. The Court will provide the parties *via* email with a call-in number and an access code. Participating on the call will be counsel of record for each party.

| | |
|---|---|
| For Plaintiffs Solutions In Hometown Connections *et al*: | **Adnan Perwez**<br>Democracy Forward Foundation<br>P.O. Box 34553<br>Washington, DC 20043<br>201-801-8766<br>Email: aperwez@democracyforward.org<br>PRO HAC VICE |
| | **Sarah M. Rich**<br>Democracy Forward Foundation<br>P.O. Box 34553<br>Washington, DC 20043<br>2024489090<br>Fax: 2027964426<br>Email: srich@democracyforward.org<br>PRO HAC VICE |

        **Bradley Girard**
        P.O. Box 34553
        Washington, DC 20043
        201-824-1304
        Email: bgirard@democracyforward.org

For Defendants Kristi Noem *et al*:

        **Jessica Dillon**
        U.S. Attorney's Office, District of Maryland
        36 S. Charles Street, 4th Floor
        Baltimore, MD 21201
        Jessica.Dillon@usdoj.gov

        **Rebecca Koch**
        U.S. Attorney's Office, District of Maryland
        36 S. Charles Street, 4th Floor
        Baltimore, MD 21201
        Rebecca.Koch@usdoj.gov

**IT IS SO ORDERED.**

        s/ Lydia Kay Griggsby
        LYDIA KAY GRIGGSBY
        United States District Judge