**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| SOLUTIONS IN HOMETOWN CONNECTIONS *et al.*, ) ) ) ) | |
| Plaintiffs, ) | Civil Action No. 8:25-cv-00885-LKG |
| ) | |
| v. ) | Dated: March 24, 2025 |
| ) | |
| KRISTI NOEM *et al.*, ) ) | |
| Defendants. ) | |

## SCHEDULING ORDER

On March 21, 2025, the Plaintiffs, filed a Notice of Intent to File a Motion for a motion for a temporary restraining order and a preliminary injunction in the above-captioned civil matter.  ECF No. 23.  On March 24, 2025, the parties participated in a telephonic status conference.  ECF No. 24.  In light of the foregoing, the Court **DIRECTS** the parties to adhere to the following schedule for the briefing of the Plaintiffs' motion:

| | |
|---|---|
| Plaintiffs' motion for a temporary restraining order and preliminary injunction | **March 25, 2025** |
| Defendants' response in opposition | **April 1, 2025** |
| The Plaintiffs' reply brief. | **April 4, 2025** |

The hearing of the Plaintiffs' motion will be on **April 8, 2025, at 2:30pm**, in the United States Courthouse in Courtroom 4B at 6500 Cherrywood Ln Greenbelt, MD  20770.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge