IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**Solutions in Hometown Connections,** *et al.*,

Plaintiffs,

v.

**Kristi Noem,** *et al.*,

Defendants.

Civil Case No. 8:25-cv-885-LKG

**PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION & APA § 705 STAY**

Under Federal Rule of Civil Procedure 65, and Section 705 of the Administrative Procedure Act, Plaintiffs Solutions in Hometown Connections, Central American Resource Center, Coalition for Humane Immigrant Rights, Community Center for Immigrants Inc., English Skills Learning Center, Michigan Organizing Project doing business as Michigan United, Hebrew Immigrant Aid Society and Council Migration Services of Philadelphia doing business as HIAS Pennsylvania, Immigrant Law Center of Minnesota, and Instituto del Progreso Latino move for a temporary restraining order, preliminary injunction, and stay of final agency action under 5 U.S.C. § 705 to prevent Defendants from causing further irreparable harm to Plaintiffs before the Court can consider the merits of this case. As set forth in the memorandum of law in support of this motion, Defendants' actions violate the Administrative Procedure Act.

Plaintiffs request that this Court grant preliminary relief to restore the funding that Defendants arbitrarily, capriciously, and unlawfully froze over a month ago. Since the freeze went into effect on February 4, 2025, Plaintiffs have scrambled to continue providing to their clients the citizenship

1

and naturalization services their grants supported. Some have already had to shrink their services and lay off staff, and others are quickly approaching the point where they will be unable to continue paying their bills without reducing services or staffing. Immediate relief is necessary so that Plaintiffs can continue to help their clients study and apply for naturalization as U.S. citizens, as their grants require.

March 25, 2025

Respectfully submitted,

_/s/ Bradley Girard_
Bradley Girard (Bar No. 31437)
Sarah M. Rich*
Adnan Perwez*
Robin F. Thurston[+]
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Phone: (202) 448-9090
Fax: (202) 796-4426
bgirard@democracyforward.org
srich@democracyforward.org
aperwez@democracyforward.org
rthurston@democracyforward.org

*Counsel for Plaintiffs*

Niyati Shah[+]
Shalaka Phadnis**
ASIAN AMERICANS ADVANCING JUSTICE—AAJC
1620 L St. NW, Suite 1050
Washington, DC 20036
Phone: (202) 296-2318
nshah@advancingjustice-aajc.org
sphadnis@advancingjustice-aajc.org

Jose Perez**
LATINOJUSTICE PRLDEF,
475 Riverside Dr., Suite 1901
New York, NY 10115
Phone: (212) 219-3360
Fax: (212) 431-4276
jperez@latinojustice.org

Nickole Durbin-Felix**
LATINOJUSTICE PRLDEF
4700 Millenia Blvd., Suite 500
Orlando, FL 32839
Phone: (321) 247-6657
ndurbin-felix@latinojustice.org

[+]*Application for full admission pending*
**Admitted* pro hac vice
*** Motion to appear* pro hac vice *forthcoming*