## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SOLUTIONS IN HOMETOWN CONNNECTIONS, *et al.*, ) ) ) ) Plaintiffs, ) ) v. ) ) KRISTI NOEM, INC., *et al.*, ) ) ) Defendants. ) | Civil Action No. 25-cv-00885-LKG<br><br>Dated: April 3, 2025 |

### ORDER

The Court will hold a hearing on the Plaintiffs' motion for a temporary restraining order, a preliminary injunction, and stay under the Administrative Procedure Act, on **April 8, 2025, at 2:30 p.m. in the United States Courthouse in Courtroom 4B at 6500 Cherrywood Ln Greenbelt, MD 20770**. The parties shall adhere to the following time allotments for the presentation of their oral arguments:

| | |
|---|---|
| Opening arguments | 20 minutes, each |
| Responses | 15 minutes, each |
| Rebuttal, if any | 5 minutes, each |

In addition, the parties shall be prepared to address the following issues during their oral arguments:

1. Whether the Court possesses subject-matter jurisdiction over the Plaintiffs' claims.
2. Whether there has been a final agency action.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge
