

April 6, 2025

The Honorable Lydia Kay Griggsby
District Judge
U.S. District Court for the District of Maryland
6500 Cherrywood Lane, Suite 400
Greenbelt, MD 20770

Re: Corrected exhibits in *Solutions in Hometown Connections, et al. v. Noem, et al.*, 25-cv-885

Dear Judge Griggsby:

    I represent Plaintiffs in *Solutions in Hometown Connections, et al. v. Noem, et al.*, 25-cv-885. I write to correct an administrative error made in our filing on Friday (Dkt. 36). The exhibits attached to our filing (Dkt. 36-1) contained cover sheets with incorrect exhibit lettering. The two filings attached to this notice contain the exhibits with corrected cover sheets. The substance of the exhibits and J.R. numbering remain unchanged.

                                                 Respectfully submitted,

                                                 */s/ Bradley Girard*
                                                 Bradley Girard (Bar No. 31437)
                                                 DEMOCRACY FORWARD FOUNDATION
                                                 P.O. Box 34553
                                                 Washington, DC 20043
                                                 Phone: (202) 448-9090
                                                 Fax: (202) 796-4426
                                                 bgirard@democracyforward.org

                                                 *Counsel for Plaintiffs*