IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **Solutions in Hometown Connections,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **Kristi Noem,** *et al.*, <br><br> Defendants. | **Civil Case No. 8:25-cv-885-LKG** |

**JOINT MOTION FOR SIMULTANEOUS SUPPLEMENTAL BRIEFING**

On Friday, April 4, the Supreme Court issued the attached order in *Department of Education v. California*, No. 24A910, 2025 WL 1008354, 604 U.S. ___ (2025). The order was issued after Defendants filed their opposition to Plaintiffs' motion for preliminary relief and while Plaintiffs were finalizing their reply to Defendants' opposition. So neither Plaintiffs nor Defendants have had the opportunity to address the Supreme Court's order.

While the parties here disagree about the applicability of the Supreme Court's order, both parties believe that short, supplemental briefs filed before Tuesday's hearing will assist the Court in deciding Plaintiffs' motion for preliminary relief. To that end, we seek leave to file simultaneous briefs addressing the Supreme Court's order—no longer than 5 pages—due by 5:00 p.m. on Monday, April 7.

1

April 6, 2025

Niyati Shah (Bar No. 31526)
Shalaka Phadnis***
ASIAN AMERICANS ADVANCING
JUSTICE—AAJC
1620 L St. NW, Suite 1050
Washington, DC 20036
Phone: (202) 296-2318
nshah@advancingjustice-aajc.org
sphadnis@advancingjustice-aajc.org

Jose Perez**
LATINOJUSTICE PRLDEF,
475 Riverside Dr., Suite 1901
New York, NY 10115
Phone: (212) 219-3360
Fax: (212) 431-4276
jperez@latinojustice.org

Nickole Durbin-Felix**
LATINOJUSTICE PRLDEF
4700 Millenia Blvd., Suite 500
Orlando, FL 32839
Phone: (321) 247-6657
ndurbin-felix@latinojustice.org

Respectfully submitted,

 /s/ Bradley Girard
Bradley Girard (Bar No. 31437)
Sarah M. Rich*
Adnan Perwez*
Robin F. Thurston[+]
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Phone: (202) 448-9090
Fax: (202) 796-4426
bgirard@democracyforward.org
srich@democracyforward.org
aperwez@democracyforward.org
rthurston@democracyforward.org

*Counsel for Plaintiffs*

[+]*Application for full admission pending*
**Admitted* pro hac vice
** *Motion to appear* pro hac vice *forthcoming*
*** *Motion to appear* pro hac vice *pending*

2

Kelly O. Hayes
United States Attorney

By: */s/ Jessica Dillon*
Jessica F.W. Dillon (Bar No. 19249)
Rebecca A. Koch (Bar No. 802108)
Assistant United States Attorney
36 South Charles Street, 4th Floor
Baltimore, Maryland 21201
(410) 209-4892 (direct)
(410) 962-2310 (fax)
jessica.dillon@usdoj.gov
rebecca.koch@usdoj.gov
*Counsel for Defendants*