IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SOLUTIONS IN HOMETOWN CONNNECTIONS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, *et al.*, <br><br> Defendants. | Civil Action No. 25-cv-00885-LKG <br><br> Dated: April 8, 2025 |

**ORDER ON THE PLAINTIFFS' MOTION FOR A
TEMPORARY RESTARINING ORDER AND A PRELIMINARY INJUNCTION**

On March 25, 2025, the Plaintiffs in the above-captioned matter filed motion for a temporary restraining order, preliminary injunction, and stay of final agency action, pursuant to 5 U.S.C. § 705 and Fed. R. Civ. P. 65. ECF No. 30. The motion is fully briefed. ECF Nos. 30, 32 and 36. The Court held a hearing on the Plaintiffs' motion on April 8, 2025. ECF No. 43.

For the reasons stated during the hearing, the Court: (1) **DENIES** the Plaintiffs' motion as to Plaintiffs Solutions In Hometown Connections; Central American Resource Center; Coalition For Humane Immigrant Rights; Community Center for Immigrants Incorporated; English Skills Learning Center; Michigan Organizing Project, doing business as Michigan United; Hebrew Immigrant Aid Society and Council Migration Service of Philadelphia; and Instituto del Progreso Latino; (2) **HOLDS-in-ABEYANCE** the Plaintiffs' motion as to Plaintiff Immigrant Law Center of Minnesota; and (3) **DIRECTS** the parties to **FILE** a joint status report to the Court regarding how the matter should proceed **on or before April 15, 2025**.

**IT IS SO ORDERED.**

                                                               s/ Lydia Kay Griggsby
                                                               LYDIA KAY GRIGGSBY
                                                               United States District Judge