IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| SOLUTIONS IN HOMETOWN CONNNECTIONS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, *et al.*, <br><br> Defendants. | Civil Action No. 25-cv-00885-LKG <br><br> Dated: May 2, 2025 |

## SCHEDULING ORDER

On April 8, 2025, the Court held a hearing on the Plaintiffs' motion for temporary restraining order, preliminary injunction and APA stay. ECF No. 43. On April 18, 2025, the Court entered a Scheduling Order with a deadline for the Plaintiffs to file their amended complaint and a briefing schedule for the Plaintiffs' motion for temporary restraining order, preliminary injunction and APA stay. ECF No. 50.

On April 25, 2025, the Plaintiffs filed the amended complaint and a motion for temporary restraining order, preliminary injunction and APA stay. ECF Nos. 52 and 53. On May 1, 2025, the parties filed a consent motion to amend the scheduling order. ECF No. 58.

In light of the foregoing, and for good cause shown, the Court **MODIFIES** the Court's April 18, 2025, Scheduling Order as follows:

| | |
|---|---|
| Defendants' response in opposition to the Plaintiffs' motion for preliminary relief. | **May 6, 2025** |
| Plaintiffs' reply brief. | **May 12, 2025** |

The hearing of the Plaintiffs' motion will be on **May 20, 2025, at 10:00 a.m.**, in the United States Courthouse in Courtroom 4B at 6500 Cherrywood Ln Greenbelt, MD 20770.

**IT IS SO ORDERED.**

s/Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge