**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| SOLUTIONS IN HOMETOWN CONNNECTIONS, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 25-cv-00885-LKG |
| v. | ) ) | Dated:  May 20, 2025 |
| KRISTI NOEM, *et al.*, | ) ) ) | |
| Defendants. | ) | |

**ORDER ON THE PLAINTIFFS' RENEWED MOTION
FOR A PRELIMINARY INJUNCTION AND APA STAY**

On April 25, 2025, the Plaintiffs filed a renewed motion for a preliminary injunction and stay of final agency action, pursuant to Fed. R. Civ. P. 65 and 5 U.S.C. § 705.  ECF No. 53.  The motion is fully briefed.  ECF Nos. 53, 63 and 66.  The Court held a hearing on the Plaintiffs' motion on May 20, 2025.  ECF No. 67.

For the reasons stated during the hearing, the Court **DENIES** the Plaintiffs' motion (ECF No. 53).  A written Memorandum Opinion consistent with this Order shall issue.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge