**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| SOLUTIONS IN HOMETOWN CONNNECTIONS, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 25-cv-00885-LKG |
| v. | ) ) ) | Dated:  May 30, 2025 |
| KRISTI NOEM, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## SCHEDULING ORDER

On April 25, 2025, the Plaintiffs filed the amended complaint and a renewed motion for preliminary injunction and stay of final agency action, pursuant to Fed. R. Civ. P. 65 and 5 U.S.C. § 705, in the above-captioned matter.  ECF Nos. 52 and 53.  On May 8, 2025, the parties filed a consent motion for extension of time to extend the Defendants' deadline to respond to the Plaintiffs' amended complaint until after the Court resolves the Plaintiffs' motion for preliminary injunction and APA stay and proposed a briefing schedule for the Defendants' motion to dismiss. ECF No. 64.  On May 20, 2025, the Court held a hearing on the Plaintiffs' renewed motion for preliminary injunction and APA stay and issued an Order denying the Plaintiffs' motion.  ECF Nos. 67 and 68.

In light of the foregoing, the Court: (1) **GRANTS** the parties' consent motion for extension of time (ECF No. 64) and (2) **DIRECTS** the parties to adhere to the following schedule for the briefing of the Defendants' motion to dismiss:

| | |
|---|---|
| Defendants' motion to dismiss. | **June 30, 2025** |
| Plaintiffs' response in opposition to the Defendants' motion to dismiss. | **July 30, 2025** |
| Defendants' reply brief. | **August 20, 2025** |

**IT IS SO ORDERED.**

s/Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge