FILED: June 5, 2025

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 25-1640

(8:25-cv-00885-LKG)

_____

SOLUTIONS IN HOMETOWN CONNECTIONS; CENTRAL AMERICAN RESOURCE CENTER; COALITION FOR HUMANE IMMIGRANT RIGHTS; COMMUNITY CENTER FOR IMMIGRANTS, INC.; ENGLISH SKILLS LEARNING CENTER; MICHIGAN ORGANIZING PROJECT, d/b/a Michigan United; HEBREW IMMIGRANT AID SOCIETY AND COUNCIL MIGRATION SERVICE OF PHILADELPHIA, d/b/a HIAS Pennsylvania; IMMIGRANT LAW CENTER OF MINNESOTA; INSTITUTO DEL PROGRESO LATINO; MASSACHUSETTS IMMIGRANT AND REFUGEE ADVOCACY COALITION

        Plaintiffs - Appellants

v.

KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; KIKA SCOTT, in her official capacity as Senior Official performing the duties of the Director of the United States Citizenship and Immigration Services; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES

        Defendants - Appellees

_____

This case has been opened on appeal.

| Originating Court | United States District Court for the District of Maryland at Greenbelt |

| | |
|---|---|
| Originating Case Number | 8:25-cv-00885-LKG |
| Date notice of appeal filed in originating court: | 06/02/2025 |
| Appellant(s) | Solutions In Hometown Connections; Central American Resource Center; Coalition for Humane Immigrant Rights; Community Center for Immigrants, Inc.; English Skills Learning Center; Michigan Organizing Project; Hebrew Immigrant Aid Society and Council Migration Service of Philadelphia; Immigrant Law Center of Minnesota; Instituto del Progreso Latino; Massachusetts Immigrant and Refugee Advocacy Coalition |
| Appellate Case Number | 25-1640 |
| Case Manager | Karen Stump<br>804-916-2704 |