FILED: January 23, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1640
(8:25-cv-00885-LKG)

_____

SOLUTIONS IN HOMETOWN CONNECTIONS; CENTRAL AMERICAN RESOURCE CENTER; COALITION FOR HUMANE IMMIGRANT RIGHTS; COMMUNITY CENTER FOR IMMIGRANTS, INC.; ENGLISH SKILLS LEARNING CENTER; MICHIGAN ORGANIZING PROJECT, d/b/a Michigan United; HEBREW IMMIGRANT AID SOCIETY AND COUNCIL MIGRATION SERVICE OF PHILADELPHIA, d/b/a HIAS Pennsylvania; IMMIGRANT LAW CENTER OF MINNESOTA; INSTITUTO DEL PROGRESO LATINO; MASSACHUSETTS IMMIGRANT AND REFUGEE ADVOCACY COALITION

    Plaintiffs - Appellants

v.

KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; JOSEPH B. EDLOW, in his official capacity as Director of the United States Citizenship and Immigration Services; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES

    Defendants - Appellees

-------------------------------

RMC RESEARCH; CHILD TRENDS, INCORPORATED

    Amici Supporting Appellants

_____

## JUDGMENT

_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with <u>Fed. R. App. P. 41</u>.

<u>/s/ NWAMAKA ANOWI, CLERK</u>