**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **Solutions in Hometown Connections** *et al.*, <br><br> Plaintiffs, <br><br> **v.** <br><br> **Kristi Noem** *et al.*, <br><br> Defendants. | **Civil Case No. 8:25-cv-00885-LKG** |

**JOINT STATUS REPORT**

Plaintiffs and Defendants jointly submit this status report to inform the Court that the parties are determining how to proceed in this Court now that the Fourth Circuit appeal has concluded. Unless the Court directs otherwise, the parties will file an updated joint status report on Monday, May 4.

April 20, 2026

Respectfully submitted,

 /s/ Bradley Girard

Niyati Shah (Bar No. 31526)
Shalaka Phadnis*
ASIAN AMERICANS ADVANCING
JUSTICE—AAJC
1620 L St. NW, Suite 1050
Washington, DC 20036
Phone: (202) 296-2318
nshah@advancingjustice-aajc.org
sphadnis@advancingjustice-aajc.org

Bradley Girard (Bar No. 31437)
Sarah M. Rich*
Adnan Perwez*
Robin F. Thurston (Bar No. 31584)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Phone: (202) 448-9090
Fax: (202) 796-4426
bgirard@democracyforward.org
srich@democracyforward.org
aperwez@democracyforward.org
rthurston@democracyforward.org

Jose Perez*
Rex Chen*
LATINOJUSTICE PRLDEF,
475 Riverside Dr., Suite 1901
New York, NY 10115
Phone: (212) 219-3360
Fax: (212) 431-4276
jperez@latinojustice.org
rchen@latinojustice.org

*Admitted* pro hac vice

*Counsel for Plaintiffs*

Kelly O. Hayes
United States Attorney

By:  /s/ Jessica Dillon
Jessica F.W. Dillon (Bar No. 19249)
Assistant United States Attorney
36 South Charles Street, 4th Floor
Baltimore, Maryland 21201
410-209-4892
jessica.dillon@usdoj.gov

*Counsel for Defendants*