**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **Solutions in Hometown Connections** *et al.*, | |
| Plaintiffs, | |
| **v.** | |
| **Kristi Noem** *et al.*, | **Civil Case No. 8:25-cv-00885-LKG** |
| Defendants. | |

**JOINT STATUS REPORT**

Plaintiffs and Defendants jointly submit this status report to inform the Court that the Plaintiffs will be filing a partial voluntary dismissal. Unless the Court directs otherwise, Plaintiffs will file a dismissal of several plaintiffs and claims by June 10. And after, the parties will propose a joint briefing schedule no later than June 24.

June 1, 2026

Niyati Shah (Bar No. 31526)
Shalaka Phadnis*
ASIAN AMERICANS ADVANCING
JUSTICE—AAJC
1620 L St. NW, Suite 1050
Washington, DC 20036
Phone: (202) 296-2318
nshah@advancingjustice-aajc.org
sphadnis@advancingjustice-aajc.org

Jose Perez*
Rex Chen*
LATINOJUSTICE PRLDEF,
475 Riverside Dr., Suite 1901
New York, NY 10115
Phone: (212) 219-3360
Fax: (212) 431-4276
jperez@latinojustice.org
rchen@latinojustice.org

*Admitted pro hac vice

Respectfully submitted,

 /s/ Bradley Girard
Bradley Girard (Bar No. 31437)
Sarah M. Rich*
Adnan Perwez*
Robin F. Thurston (Bar No. 31584)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Phone: (202) 448-9090
Fax: (202) 796-4426
bgirard@democracyforward.org
srich@democracyforward.org
aperwez@democracyforward.org
rthurston@democracyforward.org

*Counsel for Plaintiffs*

Kelly O. Hayes
United States Attorney

By:  /s/ Jessica Dillon
Jessica F.W. Dillon (Bar No. 19249)
Assistant United States Attorney
36 South Charles Street, 4th Floor
Baltimore, Maryland 21201
410-209-4892
jessica.dillon@usdoj.gov

*Counsel for Defendants*

2