## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**Solutions in Hometown Connections** *et al.*,

Plaintiffs,

**v.**

**Markwayne Mullin**[1] *et al.*,

Defendants.

**Civil Case No. 8:25-cv-00885-LKG**

### NOTICE OF PARTIAL VOLUNTARY DISMISSAL

Under Federal Rule of Civil Procedure 41(a)(1), Plaintiffs voluntarily dismiss certain claims, set forth below.

**Full dismissals:** The following Plaintiffs dismiss all their claims:

- Community Center for Immigrants Incorporated (CCI);

- English Skills Learning Center (ESLC);

- Michigan Organizing Project, doing business as Michigan United;

- Hebrew Immigrant Aid Society and Council Migration Service of Philadelphia, doing business as HIAS Pennsylvania (HIAS PA);

- Immigrant Law Center of Minnesota (ILCM);

- Instituto del Progreso Latino (IDPL); and

- Massachusetts Immigrant and Refugee Advocacy Coalition (MIRA).

---

[1] Under Federal Rule of Civil Procedure 25(d), Markwayne Mullin has been substituted for Kristi Noem as the Secretary of the Department of Homeland Security.

1

**Partial dismissals:** The remaining Plaintiffs are Solutions in Hometown Connections (SHC), Central American Resource Center (CARECEN), and Coalition for Humane Immigrant Rights (CHIRLA). The remaining Plaintiffs dismiss the following claims:

- Count I: Violation of the Administrative Procedure Act, arbitrary and capricious;

- Count II: Violation of the Administrative Procedure Act, contrary to law;

- Count III: Violation of the Separation of Powers;

- Count V: Ultra vires; and

- Count VI: First Amendment retaliation.

In sum, Plaintiffs SHC, CARECEN, and CHIRLA will move forward with their claims under Count IV: Fifth Amendment Due Process. All other claims are voluntarily dismissed.

June 10, 2026

Respectfully submitted,

_/s/ Bradley Girard_

<table>
<tr><td>

Niyati Shah (Bar No. 31526)<br>
Shalaka Phadnis*<br>
ASIAN AMERICANS ADVANCING<br>
JUSTICE—AAJC<br>
1620 L St. NW, Suite 1050<br>
Washington, DC 20036<br>
Phone: (202) 296-2318<br>
nshah@advancingjustice-aajc.org<br>
sphadnis@advancingjustice-aajc.org<br>
<br>
Jose Perez*<br>
Rex Chen*<br>
LATINOJUSTICE PRLDEF,<br>
475 Riverside Dr., Suite 1901<br>
New York, NY 10115<br>
Phone: (212) 219-3360<br>
Fax: (212) 431-4276<br>
jperez@latinojustice.org<br>
rchen@latinojustice.org<br>
<br>
*Admitted pro hac vice

</td><td>

Bradley Girard (Bar No. 31437)<br>
Sarah M. Rich*<br>
Adnan Perwez*<br>
Robin F. Thurston (Bar No. 31584)<br>
DEMOCRACY FORWARD FOUNDATION<br>
P.O. Box 34553<br>
Washington, DC 20043<br>
Phone: (202) 448-9090<br>
Fax: (202) 796-4426<br>
bgirard@democracyforward.org<br>
srich@democracyforward.org<br>
aperwez@democracyforward.org<br>
rthurston@democracyforward.org<br>
<br>
*Counsel for Plaintiffs*

</td></tr>
</table>

2